UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

VIRGIL GREEN,

                Plaintiff,                Case No. 1:10-cv-958

v.                                            Honorable Paul L. Maloney

PATRICIA L. CARUSO et al.,

                Defendants.
_____/

## **JUDGMENT**

       In accordance with the Opinion filed this date:

       IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated: March 24, 2011                    /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District Judge